# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81815-JIC

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

J & E CAR CARE INC., a Florida Profit
Corporation d/b/a MEINEKE SHOP 2714
and 319 E. BOYNTON LLC, a Florida
Limited Liability Company,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, J & E CAR CARE INC. d/b/a

MEINEKE SHOP 2714 and 319 E. BOYNTON LLC (hereafter, "the Parties"), by and through

their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own

attorneys' fees, costs and expenses other than those specified in a Confidential Settlement

Agreement, and other than enforcement of said settlement agreement, agree not to file any

additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties'

Confidential Settlement Agreement. The Parties request that the Court to retain jurisdiction to

enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the

form and content of this Stipulation and attached Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

*Michael L. Elkins*
Michael L. Elkins, Esq.
Florida Bar No. 523781
MLE LAW
1212 Northeast 16th Terrace
Fort Lauderdale, FL 33304
Tel: (954) 401-2608
Email: melkins@mlelawfirm.com
Attorney for Defendant, J & E CAR CARE INC.

*Joshua M. Entin*
Joshua M. Entin, Esq.
Fla. Bar No. 493724
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
Tel: (954) 761-7201
Email: josh@entinlaw.com
Attorney for Defendant, 319 E. BOYNTON LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:22-cv-81815-JIC

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

J & E CAR CARE INC., a Florida Profit
Corporation d/b/a MEINEKE SHOP 2714
and 319 E. BOYNTON LLC, a Florida
Limited Liability Company

      Defendant(s).

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 06, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff