UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81815-CIV-COHN/MATTHEWMAN

HOWARD CAPLAN,

    Plaintiff,

v.

J&E CAR CARE INC. d/b/a MEINEKE
SHOP 2714 and 319 E. BOYNTON LLC,

    Defendants.
_____/

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") [DE 23.] The Court has reviewed the Stipulation and the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulation [DE 23] is **APPROVED**;

2. The Court shall retain jurisdiction to enforce the parties' Settlement Agreement;

3. This case is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of February, 2023.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF